IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HOUCKS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:23-CV-02489 |
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ROGER GOLUBSKI'S MOTION TO DISMISS

COMES NOW Defendant Roger Golubski ("Golubski"), by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court to order dismissing all claims against Golubski[1]. In support of this Motion, Defendant Golubski is contemporaneously filing his Memorandum in Support of his Motion to Dismiss, which is fully incorporated herein by reference.

WHEREFORE, Defendant Roger Golubski, Defendant Roger Golubski respectfully requests that each and every Count against him be dismissed with prejudice, that he be awarded his costs and reasonable attorney fees, and for other such relief this Court deems just and proper.

---

[1] Counts 1, 3, 6, 7, 9, 12, 13, 15, 18, 19, 21, 25, 26, & 27.

1

Respectfully submitted,

**ENSZ & JESTER, P.C.**

/s/ Chris Napolitano
CHRISTOPHER M. NAPOLITANO KS #25499
1100 Main Street, Suite 2121
Kansas City, Missouri  64105
Telephone:   816-474-8010
Facsimile:    816-471-7910
E-mail:       cnapolitano@enszjester.com
**ATTORNEYS FOR DEFENDANT**
**ROGER GOLUBSKI**

and

/s/ Morgan L. Roach
MORGAN L. ROACH             KS #23060
SEAN P. McCAULEY             KS #20174
MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri  64111
Telephone:   816-523-1700
Facsimile:    816-523-1708
E-mails:      morgan@mccauleyroach.com
              sean@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT**
**ROGER GOLUBSKI**

and

/s/ Dawn M. Parsons
DAWN M. PARSONS             KS # 16346
PETER ROTTGERS              KS # 28774
SHAFFER LOMBARDO SHURIN
2001 Wyandotte
Kansas City, MO 64108
Phone: 816-931-0500
dparsons@sls-law.com
prottgers@sls-law.com
**ATTORNEYS FOR DEFENDANT**
**ROGER GOLUBSKI**

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 16, 2024, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Christopher M. Napolitano
**ATTORNEYS FOR DEFENDANT**
**Roger Golubski**