## Names

| Name Type | Name |
|---|---|
| Conviction | WILLIAMS, RONELL |
| True | WILLIAMS, RONELL |
| Alias | TWIN, |

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | | 39 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 5'-9" | 153 | Male | Black |

## Current Status reported by Dept. of Corrections

**Work or Program Participation** Not Working

**Earliest Possible Release Date (1)** Aug 08, 2049

**Current Status** Incarcerated

**Admission Date** Mar 08, 2001

**Current Location (2)** **Hutchinson CF-Central (http://www.doc.ks.gov/facilities/hcf)**

Custody Level: HMD High Medium

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Wyandotte | 99CR2157A | Aug 03, 1999 | Feb 23, 2001 | N/A | Aggravated Robbery | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Wyandotte | 99CR2157A | Aug 03, 1999 | Feb 23, 2001 | N/A | Murder in the First Degree | 1 | Off Grid | Active | KS |
| Wyandotte | 99CR2157A | Aug 03, 1999 | Feb 23, 2001 | N/A | Murder in the First Degree | 1 | Off Grid | Active | KS |
| Wyandotte | 99CR2157A | Aug 03, 1999 | Feb 23, 2001 | N/A | Aggravated Burglary | 1 | Non Drug-Grid Severity Level 5 | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Hutchinson CF-Central | Aug 16, 2018 | Inter-Facility Movement |
| El Dorado CF-Central | May 18, 2017 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-RDU | May 14, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 12, 2017 | Inter-Facility Movement |
| Hutchinson CF-Central | Oct 18, 2012 | Inter-Facility Movement |
| Lansing CF-Central | Mar 03, 2005 | Inter-Facility Movement |
| El Dorado CF-Central | Aug 21, 2001 | Inter-Facility Movement |
| Hutchinson CF-Central | Apr 18, 2001 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 08, 2001 | New Court Commitment |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Oct 08, 2023 | 2 | Hutchinson Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Sep 03, 2023 | 1 | Hutchinson Correctional Fac. - Central | Sexual Activity |
| Aug 01, 2023 | 2 | Hutchinson Correctional Fac. - Central | Misuse of State Property |
| Jun 05, 2023 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Jan 26, 2023 | 1 | Hutchinson Correctional Fac. - Central | Fighting |
| Jan 17, 2023 | 1 | Hutchinson Correctional Fac. - Central | Fighting |
| Jan 17, 2023 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Aug 04, 2022 | 1 | Hutchinson Correctional Fac. - Central | Lewd Acts (Acting out) |
| May 16, 2022 | 1 | Hutchinson Correctional Fac. - Central | Misusing Meds |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Feb 11, 2022 | 3 | Hutchinson Correctional Fac. - Central | Rest Area/Unauth Presence |
| Oct 22, 2021 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Oct 21, 2021 | 1 | Hutchinson Correctional Fac. - Central | Lewd Acts (Acting out) |
| Jul 30, 2021 | 1 | Hutchinson Correctional Fac. - Central | Lewd Acts (Acting out) |
| Jun 10, 2021 | 1 | Hutchinson Correctional Fac. - Central | Battery |
| Apr 30, 2021 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Apr 30, 2021 | 1 | Hutchinson Correctional Fac. - Central | Viol Statutes (Felony Crime) |
| Feb 10, 2021 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Feb 10, 2021 | 2 | Hutchinson Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Feb 05, 2021 | 2 | Hutchinson Correctional Fac. - Central | Regis. & Use of Pers. Property |
| Jan 21, 2021 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Dec 24, 2020 | 2 | Hutchinson Correctional Fac. - Central | Regis. & Use of Pers. Property |
| Nov 21, 2020 | 1 | Hutchinson Correctional Fac. - Central | Refused UA |
| May 27, 2020 | 1 | Hutchinson Correctional Fac. - Central | Interfering W/Official Duties |
| May 27, 2020 | 2 | Hutchinson Correctional Fac. - Central | Misuse of State Property |
| May 27, 2020 | 2 | Hutchinson Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| May 27, 2020 | 2 | Hutchinson Correctional Fac. - Central | Misconduct in Dining Room |
| Jun 19, 2019 | 1 | Hutchinson Correctional Fac. - Central | Fighting |
| Oct 02, 2018 | 2 | Hutchinson Correctional Fac. - Central | Lying |
| Jun 25, 2018 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jun 25, 2018 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Jun 25, 2018 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Mar 01, 2018 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Mar 01, 2018 | 1 | El Dorado Correctional Fac. - Central | Inmate Activity; Limitations |
| Mar 01, 2018 | 3 | El Dorado Correctional Fac. - Central | Rest Area/Unauth Presence |
| Nov 30, 2017 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Nov 22, 2017 | 3 | El Dorado Correctional Fac. - Central | Rest Area/Unauth Presence |
| Nov 18, 2017 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Nov 08, 2017 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Nov 08, 2017 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Nov 08, 2017 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Nov 07, 2017 | 1 | El Dorado Correctional Fac. - RDU | Disobeying Orders |
| Nov 07, 2017 | 1 | El Dorado Correctional Fac. - RDU | Use of Stimulants |
| Oct 17, 2017 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Sep 27, 2017 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Aug 30, 2016 | 2 | Hutchinson Correctional Fac. - Central | Regis. & Use of Pers. Property |
| Jun 28, 2016 | 2 | Hutchinson Correctional Fac. - Central | Misuse of State Property |
| May 27, 2016 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Oct 08, 2015 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Apr 09, 2013 | 1 | Hutchinson Correctional Fac. - Central | Lewd Acts (Exposing OneSelf) |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Nov 23, 2012 | 2 | Hutchinson Correctional Fac. - Central | Work Performance |
| May 26, 2012 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| May 26, 2012 | 1 | Lansing Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Apr 26, 2012 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Feb 03, 2012 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Aug 10, 2011 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Mar 11, 2011 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Mar 11, 2011 | 2 | Lansing Correctional Facility - Central | Lying |
| Aug 28, 2010 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Jul 10, 2010 | 1 | Lansing Correctional Facility - Central | Fighting |
| May 30, 2010 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| May 30, 2010 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Feb 21, 2010 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Sep 17, 2009 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Sep 17, 2009 | 2 | Lansing Correctional Facility - Central | Misconduct in Dining Room |
| Aug 28, 2009 | 3 | Lansing Correctional Facility - Central | Rest Area/Unauth Presence |
| Jul 16, 2009 | 2 | Lansing Correctional Facility - Central | Lying |
| Jul 16, 2009 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| May 02, 2009 | 1 | Lansing Correctional Facility - Central | Avoiding an Officer |
| May 02, 2009 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Apr 24, 2009 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Apr 08, 2009 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Apr 01, 2009 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 01, 2009 | 3 | Lansing Correctional Facility - Central | Rest Area/Unauth Presence |
| Nov 26, 2008 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Nov 26, 2008 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Oct 24, 2008 | 1 | Lansing Correctional Facility - Central | Theft |
| Oct 24, 2008 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 17, 2008 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Sep 09, 2008 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Jul 02, 2008 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| May 26, 2008 | 3 | Lansing Correctional Facility - Central | Rest Area/Unauth Presence |
| Apr 21, 2008 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Feb 29, 2008 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Jan 29, 2008 | 2 | Lansing Correctional Facility - Central | Lying |
| Jan 29, 2008 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Dec 23, 2007 | 1 | Lansing Correctional Facility - Central | Fighting |
| Jul 19, 2007 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jul 19, 2007 | 1 | Lansing Correctional Facility - Central | Theft |
| Apr 08, 2007 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Nov 06, 2006 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Sep 23, 2006 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Jun 21, 2006 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Jun 06, 2006 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| May 27, 2006 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| May 27, 2006 | 3 | Lansing Correctional Facility - Central | |
| Mar 26, 2006 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Mar 01, 2006 | 2 | Lansing Correctional Facility - Central | Tattoos and Body Markings |
| Feb 22, 2006 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Feb 16, 2006 | 1 | Lansing Correctional Facility - Central | Theft |
| Feb 06, 2006 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 17, 2005 | 3 | Lansing Correctional Facility - Central | Answering Calls or Passes |
| Sep 29, 2005 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Sep 29, 2005 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Sep 22, 2005 | 2 | Lansing Correctional Facility - Central | Lying |
| Sep 22, 2005 | 2 | Lansing Correctional Facility - Central | Work Performance |
| Jul 26, 2005 | 3 | Lansing Correctional Facility - Central | Rest Area/Unauth Presence |
| Jul 05, 2005 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jul 05, 2005 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| May 11, 2005 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |

| Date | Class | Location | Type of report |
| --- | --- | --- | --- |
| May 01, 2005 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| May 01, 2005 | 3 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Mar 30, 2005 | 3 | Lansing Correctional Facility - Central | Rest Area/Unauth Presence |
| Mar 30, 2005 | 3 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Mar 04, 2005 | 1 | Lansing Correctional Facility - Central | Obscenity |
| May 06, 2003 | 1 | El Dorado Correctional Fac. - Central | Inmate Activity; Limitations |
| Mar 31, 2003 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Mar 31, 2003 | 1 | El Dorado Correctional Fac. - Central | Riot |
| Mar 10, 2003 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Jan 13, 2003 | 3 | El Dorado Correctional Fac. - Central | Rest Area/Unauth Presence |
| Jan 03, 2003 | 3 | El Dorado Correctional Fac. - Central | Rest Area/Unauth Presence |
| Dec 11, 2002 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Nov 17, 2002 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 11, 2002 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Oct 11, 2002 | 2 | El Dorado Correctional Fac. - Central | Lying |
| Oct 11, 2002 | 2 | El Dorado Correctional Fac. - Central | Lying |
| Oct 11, 2002 | 2 | El Dorado Correctional Fac. - Central | Restr Area/Unauth Presence |
| Oct 11, 2002 | 1 | El Dorado Correctional Fac. - Central | Inmate Activity; Limitations |
| Oct 11, 2002 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Oct 11, 2002 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Aug 12, 2002 | 2 | El Dorado Correctional Fac. - Central | Lying |
| Jul 23, 2002 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Jul 02, 2002 | 3 | El Dorado Correctional Fac. - Central | Rest Area/Unauth Presence |
| Jun 13, 2002 | 3 | El Dorado Correctional Fac. - Central | Rest Area/Unauth Presence |
| Mar 16, 2002 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Mar 15, 2002 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Feb 13, 2002 | 2 | El Dorado Correctional Fac. - Central | Viol Statute (Misd Crim Off) |
| Jan 31, 2002 | 1 | El Dorado Correctional Fac. - Central | Inmate Activity; Limitations |
| Jan 31, 2002 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Jun 29, 2001 | 1 | Hutchinson Correctional Fac. - Central | Avoiding an Officer |
| Jun 29, 2001 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Apr 13, 2001 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Mar 22, 2001 | 1 | El Dorado Correctional Fac. - Central | Inmate Activity; Limitations |
| Mar 18, 2001 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |