## Names

| Name Type | Name |
|---|---|
| Conviction | WILLIAMS, DONELL |
| True | WILLIAMS, DONELL |
| Alias | TWIN, |

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | | 39 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 5'-10" | 161 | Male | Black |

## Current Status reported by Dept. of Corrections

**Work or Program Participation** Working in a job

**Earliest Possible Release Date (1)** Aug 08, 2024

**Current Status** Incarcerated

**Admission Date** Apr 18, 2001

**Current Location (2)** Hutchinson CF-Central (http://www.doc.ks.gov/facilities/hcf)

Custody Level: LMD Low Medium

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Wyandotte | 99CR2157B | Aug 04, 1999 | Jan 12, 2001 | N/A | Murder in the First Degree | 1 | Off Grid | Active | KS |
| Wyandotte | 99CR2157B | Aug 04, 1999 | Jan 12, 2001 | N/A | Murder in the First Degree | 1 | Off Grid | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Hutchinson CF-Central | Aug 16, 2023 | Inter-Facility Movement |
| Hutchinson CF-East | Sep 02, 2021 | Inter-Facility Movement |
| Hutchinson CF-Central | Nov 15, 2016 | Returned From Court Appearance |
| Hutchinson CF-Central | May 09, 2016 | Inter-Facility Movement |
| Hutchinson CF-East | Oct 27, 2011 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Hutchinson CF-Central | Aug 26, 2011 | Inter-Facility Movement |
| Hutchinson CF-East | Mar 30, 2010 | Inter-Facility Movement |
| Hutchinson CF-Central | Aug 29, 2006 | Inter-Facility Movement |
| Lansing CF-Central | Nov 26, 2003 | Returned From Court Appearance |
| Wyandotte County | May 13, 2003 | Released For Court Appearance |
| Lansing CF-Central | Aug 16, 2001 | Inter-Facility Movement |
| Hutchinson CF-Central | May 29, 2001 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 18, 2001 | New Court Commitment |

## Completed Programs

| Name | Completion Date |
|---|---|
| Chess Education | Nov 17, 2023 |
| Building Maintenance | Jan 17, 2003 |
| GED Preparation | Jun 13, 2002 |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jan 08, 2022 | 1 | Hutchinson Correctional Facility - East | Tobacco Contraband Possession |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jun 26, 2021 | 2 | Hutchinson Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |
| May 15, 2020 | 1 | Hutchinson Correctional Fac. - Central | Tobacco Contraband Possession |
| May 15, 2020 | 1 | Hutchinson Correctional Fac. - Central | Viol Statutes (Felony Crime) |
| May 15, 2020 | 2 | Hutchinson Correctional Fac. - Central | Lying |
| Nov 27, 2018 | 1 | Hutchinson Correctional Fac. - Central | Undue Familiarity |
| Oct 13, 2008 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Apr 06, 2008 | 2 | Hutchinson Correctional Fac. - Central | Less Dangerous Contraband |
| Jan 11, 2008 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Dec 08, 2007 | 2 | Hutchinson Correctional Fac. - Central | Misconduct in Dining Room |
| Aug 06, 2007 | 3 | Hutchinson Correctional Fac. - Central | Violation of Published Orders |
| Aug 12, 2006 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 12, 2006 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Apr 30, 2006 | 2 | Lansing Correctional Facility - Central | Disruptive Behavior |
| Mar 26, 2006 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Dec 12, 2005 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Nov 08, 2005 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Oct 20, 2005 | 1 | Lansing Correctional Facility - Central | Avoiding an Officer |
| Oct 20, 2005 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 22, 2005 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Apr 22, 2005 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Oct 26, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Oct 26, 2004 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 11, 2004 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Jul 15, 2004 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jul 09, 2004 | 2 | Lansing Correctional Facility - Central | Disruptive Behavior |
| Jul 09, 2004 | 3 | Lansing Correctional Facility - Central | Improper Use of Food |
| May 10, 2004 | 1 | Lansing Correctional Facility - Central | Fighting |
| May 01, 2004 | 1 | Lansing Correctional Facility - Central | Avoiding an Officer |
| May 01, 2004 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 30, 2004 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Apr 30, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 30, 2004 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 28, 2004 | 3 | Lansing Correctional Facility - Central | Rest Area/Unauth Presence |
| Apr 15, 2003 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 15, 2003 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 14, 2003 | 2 | Lansing Correctional Facility - Central | Work Performance |
| Mar 20, 2003 | 2 | Lansing Correctional Facility - Central | Misconduct in Dining Room |
| Feb 11, 2003 | 3 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Jan 05, 2003 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 01, 2003 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jan 01, 2003 | 3 | Lansing Correctional Facility - Central | Noise |
| Dec 07, 2002 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Oct 13, 2002 | 3 | Lansing Correctional Facility - Central | Unsanitary Practices |
| Oct 13, 2002 | 3 | Lansing Correctional Facility - Central | Rest Area/Unauth Presence |
| Sep 11, 2002 | 1 | Lansing Correctional Facility - Central | Inmate Activity; Limitations |
| Jun 23, 2002 | 2 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Aug 15, 2001 | 3 | Hutchinson Correctional Fac. - Central | Rest Area/Unauth Presence |
| Jun 27, 2001 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| May 27, 2001 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| May 25, 2001 | 3 | El Dorado Correctional Fac. - Central | Noise |