# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHELLE HOUCKS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS, ET AL., <br><br> Defendants. | Case No. 2:23-CV-02489-TC-BGS |

## DEFENDANT GOLUBSKI'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ROGER GOLUBSKI

1. Please provide any and all documents that describe, discuss, or reference any consultations, visits, appointments, examinations, treatment, prescription medication, communications, or correspondence by or with you since January 1, 2022, with the following healthcare providers:

   a. Darcy Puls, M.D.

   b. Naomi (or Namita) Gupta, M.D.

   c. Michael Lambert, M.D.

   d. Arthur McGhie, M.D.

   e. Heather Howell, PA-C

   f. Son Nguyen, M.D.

   g. Andrew Stingo, M.D.

   h. Venu Nair, M.D.

   i. Thomas Muelleman, M.D.

   j. Lindyn Robinson, Au.D.

**ANSWER:**

Responsive documents are attached, see RG000838-RG000937. All other responsive documentation has been previously provided to counsel. See RG000001-RG000837.

ENSZ & JESTER, P.C.

/s/ Chris Napolitano
CHRIS M. NAPOLITANO   KS #25499
1100 Main Street, Suite 2121
Kansas City, Missouri 64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
E-mail: cnapolitano@enszjester.com

and

/s/ Morgan Roach
MORGAN L. ROACH   KS #23060
SEAN P. McCAULEY   KS #20174
MCCAULEY & ROACH, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri 64111
Telephone: 816-523-1700
Facsimile: 816-523-1708
E-mails: morgan@mccauleyroach.com
         sean@mccauleyroach.com

and

/s/ Dawn Parsons
DAWN M. PARSONS   KS # 16346
PETER ROTTGERS   KS # 28774
SHAFFER LOMBARDO SHURIN
2001 Wyandotte
Kansas City, MO 64108
Telephone: 816-931-0500
E-mails: dparsons@sls-law.com
         prottgers@sls-law.com
**ATTORNEYS FOR DEFENDANT**
**Roger Golubski**

# CERTIFICATE OF SERVICE

I hereby certify that, on June 19, 2024, a true and correct copy of the above and foregoing was sent via email transmission to the following:

WILLIAM J. SKEPNEK    KS #10149
THE SKEPNEK LAW FIRM, PA
1 Westwood Road
Lawrence, Kansas 66044
Telephone: 785-856-3100
Facsimile: 785-856-3099
E-mail(s): bskepneklaw.com

and

FRANKIE J. FORBES    KS #20725
QUENTIN M. TEMPLETON  KS #26666
ANNE C. EMERT    KS #22144
FORBES LAW GROUP, LLC
12900 Metcalf Avenue, Suite 210
Overland Park, Kansas 66213
Telephone: 913-341-8600
Facsimile: 913-341-8606
E-mail(s): fforbes@forbeslawgroup.com
          qtempleton@forbeslawgroup.com
          aemert@forbeslawgroup.com

and

BRENNAN P. FAGAN    KS #20430
JENNIFER R. JOHNSON    KS #22096
FAGAN & EMERT, LLC
800 New Hampshire Street, Suite 110
Lawrence, Kansas 66044
Telephone: 785-331-0300
Facsimile: 785-331-0303
E-mail(s): bfagan@faganemert.com
          jjohnson@faganemert.com
**ATTORNEYS FOR PLAINTIFFS Michelle Houcks, Sandra Newsom, Niko Quinn, Ophelia Williams, and Richelle Miller**

DAVID R. COOPER       KS #16690
CHARLES E. BRANSON   KS #17376
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 SW 5th Street
Topeka, Kansas 66606
Telephone: 785-232-7761
Facsimile: 785-232-6604
E-mail(s): dcooper@fpsslaw.com
           cbranson@fpsslaw.com
**ATTORNEYS FOR DEFENDANTS**
**Unified Government of Wyandotte County and Kansas City, Kansas; Thomas Dailey, James Swafford, Ronald Miller, Terry Zeigler, Michael Kill, Clayton Bye, and Dennis Ware**

DANIEL E. KUHN        KS #20429
UNIFIED GOVERNMENT OF WYANDOTTE COUNTY; KANSAS CITY, KANSAS LEGAL DEPARTMENT
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Telephone: 913-573-5060
Facsimile: 913-573-5243
E-mail(s): dkuhn@wycokck.org
**ATTORNEYS FOR DEFENDANTS**
**Unified Government of Wyandotte County and Kansas City, Kansas**

/s/ Morgan L. Roach
**ATTORNEYS FOR DEFENDANT**
**Roger Golubski**